**UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

Mar 17, 2009

FILED
CLERK'S OFFICE

IN RE: TIME WARNER INC. SET-TOP CABLE
TELEVISION BOX ANTITRUST LITIGATION
    Robert Mitchell v. Time Warner, Inc., et al.,    )
        S.D. West Virginia, C.A. No. 3:09-148    )    MDL No. 1995

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On December 12, 2008, the Panel transferred five civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 589 F.Supp.2d 1379 (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable P. Kevin Castel.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Castel.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of December 12, 2008, and, with the consent of that court, assigned to the Honorable P. Kevin Castel.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

_____
Jeffery N. Lüthi
Clerk of the Panel